UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Maliaka Johnson,**

Plaintiff,

Case No. 25-14083
Hon. Terrence G. Berg

v.

**Robert Bosch LLC.,**

Defendant,
_______________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notices of Voluntary Dismissal, ECF No. 10, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 4, 2026